# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

Case No. 5:25-CV-792

| | |
|---|---|
| GRAY CONSTRUCTION, INC. d/b/a JAMES N. GRAY COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> FUTURE MEAT TECHNOLOGIES, INC. d/b/a BELIEVER MEATS, <br><br> Defendant. | **ORDER GRANTING MOTION TO EXTEND TIME TO ANSWER OR RESPOND TO COMPLAINT** |

UPON MOTION OF Future Meat Technologies, Inc. d/b/a Believer Meats, Defendant, through counsel, in the above-referenced case, praying for an extension of time in which the Defendant may answer or otherwise respond to the Plaintiff's Complaint and for good cause shown in the Motion,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant may have an extension of time of thirty (30) days, up to and including Wednesday, January 28, 2026, to answer or otherwise respond to the Plaintiff's Complaint.

This the _____ day of December, 2025.

_____
Robert T. Numbers, II
United States District Judge